David M. Crosby, Esq.
Nevada Bar #3499
CROSBY & ASSOCIATES
711 South Eighth Street
Las Vegas, Nevada 89101
Phone: (702) 382-2600
Attorneys for Debtor(s)

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

\* \* \* \* \*

| | |
|---|---|
| In the matter of: ) | Case No: BK-09-25412-BAM |
| ) | Chapter 13 |
| Oscar Arnoldo Orellana and ) | |
| Elvira Orellana ) | |
| Debtors. ) | Date: 1-7-10 |
| ) | Time: 2:30 p.m. |
| ) | |

**MOTION TO VALUE DEBTORS' NON-PRINCIPAL RESIDENCE REAL PROPERTY, AND TO MODIFY THE RIGHTS OF PARTIALLY SECURED LIENHOLDER(S) AND OBJECTION TO LIENHOLDERS' PROOFS OF CLAIM, IF ANY**

Come Now, Debtors, Oscar Arnoldo Orellana and Elvira Orellana, by and through threir legal counsel, David M. Crosby, Esq., of the law firm Crosby & Associates, who respectfully moves this Court to value Debtors' non-principal residence, determine the lien of CitiMortgage, Inc. to be partially unsecured, and modify the rights of said creditor accordingly including determining the claims pursuant to any proof(s) of claim which such lienholder may have filed or may yet file to be unsecured where there is insufficient equity in the residence to secure more than a portion of the first lien.

This Motion is brought pursuant to 11 U.S.C. §502(a), §506(a), §1322(b)(2), and Bankruptcy Rules 3012 and 9014, the Points and Authorities set forth below and

///

///

///

F:\Bankruptcy\Katthia's lien strip\Orellana, mot mod lien cramdown rental.wpd

all documents and pleadings on file herein.

Dated this _10_ day of November, 2009.

CROSBY & ASSOCIATES

By: _____
David M. Crosby, Esq.
Attorney For Debtors

- - - - - - - - - - - - -

## POINTS AND AUTHORITIES

### I.

### STATEMENT OF FACTS

1. Debtors filed a Chapter 13 petition in United States Bankruptcy Court, District of Nevada on August 21, 2009.

2. On the date of the petition, Debtors were the owners of real property used as a rental property known and described as 2735 San Vicente Street, Las Vegas, Nevada 89115 (Exhibit "1") legally described as follows:

> Lot Twenty (20) in Block Five (5) of Holiday Park No. 10, as shown by Map thereof on File in Book 15 of Plats, Page 52, in the Office of the County Recorder of Clark County, Nevada.

APN: 140-18-310-010

3. The value of said real property at the time his Chapter 13 Petition was filed was $41,605.00 as set forth more particularly in an internet appraisal of subject property (Exhibit "2").

4. Said property at the time of filing was subject to the following liens evidenced by Promissory Note and Deed of Trust:

2

First Mortgage:   (Exhibit "3")
America's Servicing, Co       $ 167,997.00
7495 New Horizon Way
Frederick, MD 21703-8388
Loan # XXXXXX2713

Junior Mortgage:   (Exhibit "4")
CitiMortgage, Inc       $ 41,451.00
P.O.Box 9438
Gaithersburg, MD 20898
Loan # XXXXXX7099

5.    As of the date Debtors' Chapter 13 Petition was filed no equity existed in said property above the amount of the appraisal value of $ 41,605.00 thereby leaving the loan to CitiMortgage, Inc as secured only to the extent of the value of the property. If said property were foreclosed or otherwise sold at auction on the date of the petition, there would be insufficient proceeds to pay the entire loan to CitiMortgage, Inc .

6.    Debtors declare that the claim of CitiMortgage, Inc is unsecured in excess of $ 41,605.00 such that all such unsecured debt should be reclassified as unsecured to share pro rata with other general unsecured creditors through the debtor's Chapter 13 plan with any proof(s) of claim filed by it modified accordingly to document their portion of the claim as unsecured, and that the lien of CitiMortgage, Inc be modified accordingly by order of the Court.

II.

**LEGAL ARGUMENT**

A.    <u>The Restrictions of 11 U.S.C. § 1322(b)(2) Do Not Apply to Real Property Which is Not Debtor's Principal Residence.</u>

11 U.S.C. §1322(b)((2) does not apply to this property as it is not Debtor's principal residence. That section provides:

> (b) Subject to subsections (a) and (c) of this section, the plan may—
>
>         \* \* \* \* \*
>
> (2) modify the rights of holders of secured claims, other than a claim secured only by a

> security interest that is secured by an interest in real property that is the debtor's principal residence, .....

**B.    The Claims by Lienholders May be Bifurcated into Secured and Unsecured Claims Pursuant to 11 U.S.C. §506(a).**

11 USC§ 506(a)(1) provides in pertinent part:

> (a)(1) An allowed claim of a creditor secured by a lien on property in which the estate has an interest, or that is subject to setoff under section 553 of this title, is a secured claim to the extent of the value of such creditor's interest in the estate's interest in such property, or to the extent of the amount subject to setoff, as the case may be, and is an unsecured claim to the extent that the value of such creditor's interest or the amount so subject to setoff is less than the amount of such allowed claim.

In re Zimmer, 313 F.3d 1220, 1221 (9th Cir.2002), accepted what was the majority view in the various circuits, that a, wholly unsecured lienholder is not entitled to the protection of 11 U.S.C. §1322(b)(2). The Court stated that a wholly unsecured lienholder's claim can be modified and reclassified as a general unsecured claim pursuant to 11 U.S.C. §506(a).

**C.    Any Proof of Claim Filed by Named Lienholders Should be Conformed by Order of This Court to any Modification of Their Rights Determined by This Court.**

11 U.S.C. §502 provides that a claim of interest represented by proper Proof of Claim filed pursuant to section 501 is deemed allowed unless objected to. Debtor herewith objects to any and all Proof(s) of Claim which may have been filed by CitiMortgage, Inc and request that any Proof(s) of Claim of same representing such claim be modified accordingly to an unsecured claim consistent with the Order of this Court determining their claim to be partially secured in the case of the first lien.

### III.

### CONCLUSION

Debtors request determination of value of Debtors' non-principal residence real property to be less than the amount of the first lien and argues that the claim of CitiMortgage, Inc be modified, stripped down and reduced to the actual value of the property; that the unsecured portion of said claim be reclassified as a general unsecured claim to be paid pro rata with other general unsecured creditors through the debtors' Chapter 13 plan and that any Proof of Claim of the lienholder be modified consistent with the actual value of the property.

WHEREFORE, Debtor prays that this Court:

1.   Determine the value of Debtors' non-principal residence to be $41,605.00 or such other amount as the evidence may justify as of the date of the Petition; and

2.   Avoid and extinguish the second lien of CitiMortgage, Inc. as wholly unsecured lien pursuant to 11 U.S.C. Section 506(a) upon completion of the Debtor's Chapter 13 plan; and

3.   Modify the first lien of America's Servicing, Co. as secured only to the extent of the actual value of the property as of the date of the Petition to be paid through the Chapter 13 Plan; and

4.   Reclassify the second claim of CitiMortgage, Inc. and the non-secured portion of CitiMortgage, Inc's claim as a general unsecured claims to be paid pro rata with other general unsecured creditors through the Debtors' Chapter 13 plan; and

5.   Conform any Proof(s) of Claim filed by the claim of CitiMortgage, Inc. to the secured/unsecured status of said claims as determined by this Court; and

6.  Order such other relief as the Court may deem appropriate.

Dated this 30 day of November, 2009.

Respectfully Submitted:

CROSBY & ASSOCIATES

By: _____
David M. Crosby, Esq.
Attorney for Debtor

20020114
00707

Affix R. P. T. T. $215.00
Parcel Number: 140 18 310 010

# GRANT, BARGAIN, SALE DEED

211106-T

THIS INDENTURE WITNESSETH: That
FORTUNE HOLDING GROUP, A Nevada Corporation
FOR A VALUABLE CONSIDERATION, the receipt of which is hereby acknowledged, do hereby Grant, Bargain, Sell and Convey to:
OSCAR A. ORELLANA, A married man as his sole and separate prperty

all that real property situated in the County of Clark, State of Nevada, bounded and described as follows:

Lot Twenty (20) in Block Five (5) of HOLIDAY PARK NO. 10 as shown by map thereof on file in Book 15 of Plats, page 52, in the Office of the County Recorder of Clark County, Nevada.

SUBJECT TO:
1. Taxes for the fiscal year 2001 and 2002
2. Covenants, conditions, reservations, rights, rights of way, easements, now of record.

Together with all and singular the tenements, hereditaments and appurtenances thereunto belonging or in anywise appertaining.

FORTUNE HOLDING GROUP
Sharon Wilson, PRESIDENT

STATE OF NEVADA )
) ss.
COUNTY OF CLARK )

On January 9, 2002
personally appeared before me, a Notary Public (or judge or other authorized person, as the case may be):
Sharon Wilson
personally known (or proved) to me to be the person whose name is subscribed to the above instrument who acknowledged that _he_ executed the instrument.

_____
Signature

(NOTARIAL SEAL)


Notary Public State of Nevada
County of Clark
GWENDOLYN STEPHENS
My Appointment Expires

Send Tax Statements To:

ESCROW NO. 44461-GS
STERLING ESCROW
WHEN RECORDED MAIL
Mr. Oscar A. Orellana
2735 San Vincente Street
Las Vegas, NV 89115

CLARK COUNTY, NEVADA
JUDITH A. VANDEVER, RECORDER
RECORDED AT REQUEST OF
NATIONAL TITLE COMPANY
01 14 2002 00:37 REC
OFFICIAL RECORDS
BOOK 20020114 INST 00707
FEE 14.00 RPTT 215.00


EXHIBIT 1

**STATE OF NEVADA**
**DECLARATION OF VALUE**

200201 14
.00707

1. Assessor Parcel Number(s)
   a) 140 18 310 010
   b) _____
   c) _____
   d) _____

FOR RECORDERS OPTIONAL USE ONLY
Document/Instrument #: _____
Book _____ Page _____
Date of Recording: _____
Notes: _____

2. Type of Property:
   a) ☐ Vacant Land
   b) ☑ Single Fam. Res.
   c) ☐ Condo/Twnhse    d) ☐ 2-4 Plex
   e) ☐ Apt. Bldg       f) ☐ Comm'l/Ind'l
   g) ☐ Agricultural    h) ☐ Mobile Home
   ☐ Other _____

3. Total Value/Sales Price of Property         $ 86,000.00
   Deed in Lieu of Foreclosure Only (Value of Property - $ _____
   Transfer Tax Value                          $ 86,000.00
   Real Property Transfer Tax Due              $ 215.00

4. **If Exemption Claimed:**
   a. Transfer Tax Exemption per NRS 375.090, Section _____
   b. Explain Reason for Exemption _____

5. Partial Interest: Percentage being transferred: _____%

The undersigned, declares and acknowledges, under penalty of perjury, pursuant to NRS.375.060 and NRS 375.110, that the information provided is correct to the best of their information and belief, and can be supported by documentation if called upon to substantiate the information provided herein. Furthermore, the parties agree that disallowance of any claimed exemption, or other determination of additional tax due, may result in a penalty of 10% of the tax due plus interest at 1% per month. Pursuant to NRS 375.030, the Buyer and Seller shall be jointly and severally liable for any additional amount owed.

FORTUNE HOLDING GROUP
Signature _Sharon Wilson_    Capacity __President__
         Sharon Wilson

Signature _Oscar A Orellana_   Capacity _____
         Oscar Orellana

**SELLER (GRANTOR) INFORMATION**
(Required)
Print Name: SHARON WILSON
Address: 1601 S. RAINBOW
City: LAS VEGAS
State: NV    Zip: 89146

**BUYER (GRANTEE) INFORMATION**
(Required)
Print Name: OSCAR ORELLANA
Address: 2735 SAN VINCENTE STREET
City: LAS VEGAS
State: NV    Zip: 89115

COMPANY/PERSON REQUESTING RECORDING (REQUIRED IF NOT THE SELLER OR BUYER)
Print name: STERLING ESCROW    Escrow#: 44461 GS
Address: 2725 S. Jones Blvd.
City: Las Vegas    State: Nevada    Zip: 89146

(AS A PUBLIC RECORD THIS FORM MAY BE RECORDED/MICROFILMED)



Street Address

Home Values | Local Info | Find a Pro

## 2735 San Vincente St Las Vegas, NV 89115

Home Details | Recently Sold Homes | Similar Homes for Sale | Home Values | Schools

Hel[p]



### Estimated Home Values:

 eppraisal **$41,605**

Low $35,364 - High $47,845

 Zillow.com    $117,500

cyberhomes    $106,742

Add to favorites     Find a Pro

## Home Details

| Public Record | | User Edits (Login or Register to edit.) | |
|---|---|---|---|
| Bedrooms: | 2 | Bedrooms: | N/A |
| Bathrooms: | 2.00 | Bathrooms: | N/A |
| Square Footage: | 837 | Square Footage: | N/A |
| Year Built: | 1980 | Year Built: | N/A |

Home Details



EXHIBIT

La
Kn
Ca
Se
ww

V V

Con
Rea

AMER
1080
Las V

(702)
Visit

### What's My House Worth?
Find your home's current market value online with HouseValues.com.
www.HouseValues.com

Ads by Google

Recently Sold Homes     Similar Homes for Sale

## Recently Sold Homes

| Address | Sales Price | Sale Date | Bed/Bath | Sq. Ft. |
|---|---|---|---|---|
| 2715 Ventura Way<br>North Las Vegas, NV 89030 | $36,500 | 4/8/2009 | 2/1 | 768 |
| 2724 Ventura Way<br>North Las Vegas, NV 89030 | $32,000 | 4/20/2009 | 2/1 | 768 |
| 2725 Soledad Way<br>North Las Vegas, NV 89030 | $25,000 | 4/6/2009 | 2/1 | 768 |
| 3709 Reseda Cir<br>North Las Vegas, NV 89030 | $40,000 | 5/18/2009 | 3/1 | 864 |
| 3717 Reseda Cir<br>North Las Vegas, NV 89030 | $49,900 | 11/17/2008 | 2/1 | 768 |

**Nea**

Curre



LOADING

© 2009 Microsoft Corporation   © 2009 NAVTEQ

Recent Sales

www.forecl

891

3751



2469

## Las Vegas, NV Home Values

**Home Value Trending**    ⓘ What's This

- Local
- State
- National

http://www.eppraisal.com/home-values-2735-san-vincente-st-las-vegas-nv-89115-1006439...    8/19/2009



Home Data (as of June )

| | |
|---|---|
| **Median Sales Price:** | $140,900 -2% (from last month) |
| **Number of Sales:** | 2119 |

Las Vegas Home Values

891

Popu

Medi

Famil

Medi

## Las Vegas Schools

**Public School District:** Clark County School District

| School Name | Level | Distance (miles) | Grades |
|---|---|---|---|
| Jay W. Jeffers Elementary School | Elementary School | 0.39 | PK, K-5 |
| Education Von Tobel Middle School | Middle School | 0.28 | 6-8 |
| Community College High School-East | High School | 0.70 | 11-12 |

Las Vegas schools

2735 San Vin
NV. 2735 Sar
feet. 2735 Sa
bathrooms.

**Nearby Cities**
- Las Ve
- North L
- Las Ve
- Hender

**Las Vegas R**
- Las Ve
- Las Ve
- Las Ve

**Other Las Ve**
- Las Ve
- Las Ve
- Las Ve
- Las Ve

## Las Vegas Real Estate Directory

 Are you a real estate professional? Join our directory. It's FREE!

**Real Estate Agent**
**Barbara Richie**
**Address:** 1333 N. Buffalo Dr., Ste. 190 Las Vegas, NV 89128

**Cell Phone:** 7025215299

Las Vegas Real Estate Agents

This site uses data obtained from numerous public sources. Some areas of the country provide us with different levels of available' basis. This site makes no warranties, expressed or implied without limitation, to the information provided, nor is valuation is NOT an appraisal. User acknowledges that this product is a technology report, a product of an automated val compiled from public documents and is not guaranteed. No human interaction or inspection goes into the final results and

2735 San Vicente St Las Vegas NV 89365 home value and local real estate market trend. Page 4 of 4

Case 09-25412-lbr Doc 365 Entered 12/04/09 11:34:11 Page 12 of 15

©2008 Education.com, Inc. Use is subject to Terms of Service | ©Zillow, Inc., 2008. Use is subject to Terms of Use, WF Holdings, Inc. All rights reserved. Use is subject to Terms of Use.

Copyright © 2009 eppraisal.com. all rights reserved.
Home Values | About us | Contact us | Help | Blog | Real Estate Widgets | API | Professional

**ASC**
Return Mail Operations
PO Box 10388
Des Moines, IA 50306-0388

**Monthly Mortgage Statement**

| | |
|---|---|
| Statement Date | 08/27/08 |
| Loan Number | 1127138696 |

**Customer Service**

Online
www.mortgageaccountonline.com

Telephone — 800-842-7654
Hours of Operation: Mon - Fri, 8 AM - 6 PM. in your time zone

Fax — 866-453-6315

Payments
PO Box 60768
Los Angeles CA 90060

Correspondence
PO Box 10328
Des Moines IA 50306

000092 1 AT 0.346    0092-000092 000183 001 01 ACN04P 106 012
OSCAR A ORELLANA
1483 MINER WAY
LAS VEGAS NV 89104-5405

**Important Messages**

### Summary

| | |
|---|---:|
| Payment (Principal and/or Interest, Escrow) | $1,139.96 |
| Optional Product(s) | $0.00 |
| **Current Monthly Payment 10/01/08** | **$1,139.96** |
| Overdue Payments | $0.00 |
| Unpaid Late Charge(s) | $0.00 |
| Other Charges | $0.00 |
| **TOTAL PAYMENT DUE 10/01/08** | **$1,139.96** |

**Property Address**
2735 SAN VINCENTE ST
LAS VEGAS NV 89115

| | |
|---|---:|
| Unpaid Principal Balance | $167,997.54 |
| (Contact Customer Service for your payoff balance) | |
| Interest Rate | 7.375% |
| Interest Paid Year-to-Date | $8,259.84 |
| Taxes Paid Year-to-Date | $416.32 |
| Escrow Balance | $114.09 |

### Activity Since Your Last Statement

| Date | Description | Total | Principal | Interest | Escrow | Late Charge | Other |
|---|---|---|---|---|---|---|---|
| 08/27 | PAYMENT | $1,139.96 | | $1,032.48 | $107.48 | | |

---



*Please detach and return with your payment*

| | |
|---|---:|
| Loan Number | 1127138696 |
| Total Payment Due 10/01/08 | $1,139.96 |
| After 10/16/08 Add Late Fee | $51.62 |
| Total Amount Due After 10/16/08 | $1,191.58 |

*Check here and see reverse for address correction.*

OSCAR A ORELLANA

0092-000092/000183 001 01 ACN04P 106 012

AMERICA'S SERVICING CO.
PO BOX 60768
LOS ANGELES CA 90060-0768



EXHIBIT 3



106  1127138696  9  100001139960119158011399600000000  00000000199700639 1  8

## Account Information

Statement Date: 09/01/08

**citimortgage**

Page 1 of 2

Property Address: 2735 SAN VINCENTE ST
LAS VEGAS NV 89115-0000

ACCOUNT NUMBER: 0770990559-5
| | |
|---|---|
| Type of Mortgage | FRHEL W/15 YR BLN |
| Principal Balance | $41,451.95 |
| Interest Rate | 10.25000% |
| Interest Year to Date | $2,839.22 |

### MORTGAGE ACCOUNT STATEMENT

Take command of your mortgage - Visit Today!
www.citimortgage.com

**Customer service 1-800-283-7918***
*Calls are randomly monitored and recorded to ensure quality service.

Would you like an easier way to make your mortgage payment?
**Sign up for E-Z Pay today.**

SIS0071D-264302452008AH04-09/01/08-137-009509-1



OSCAR A ORELLANA
1483 MINER WAY
LAS VEGAS NV 89104-5405



## Account Activity

| | PAYMENTS RECEIVED | CURRENT PAYMENT DUE |
|---|---|---|
| Date | 08/26/08 | 10/01/08 |
| Principal | $22.10 | $22.29 |
| Interest | $354.26 | $354.07 |
| Total Amount | $376.36 | $376.36 |

For routine questions regarding the servicing of your mortgage loan, please call our Customer Service department at 1-800-283-7918.
If you have a complaint or concern that you have been subjected to unfair lending practices in relation to a mortgage loan or other financial product or service that you obtained through our company or a third party, please call our Fair Lending Hotline at 1-866-309-1054.

## Monthly Highlights

To continue to provide you with excellent service, CitiMortgage has extended our Customer Service hours. Please feel free to contact us about your mortgage during our new extended hours: Monday through Friday from 7:00 a.m. to 12:00 Midnight Eastern Time, Saturday from 8:00 a.m to 7:00 p.m. Eastern Time, and Sunday from 12:00 Noon to 11:00 p.m. Eastern Time.

Apply for the Citi Cash Returns Card.
Most ways to earn, easiest to redeem -
It's Automatic! Visit www.cardsoffer.citicards.com
And enter offer code R82.

---

Account Number: 0770990559-5

OSCAR A ORELLANA
Please designate how you want us to apply any additional funds. Undesignated funds first pay outstanding late charges and fees, then principal. Once paid, additional funds cannot be returned.

☐ Please check box to indicate mailing address/phone number changes and enter on reverse side.
Include account number on check and make payable to:

CITIMORTGAGE, INC.
PO BOX 6006
THE LAKES NV 88901-6006

| | Due Date: | Total Amount Due: |
|---|---|---|
| See detail below | 10/01/08 | $376.36 |

| | | |
|---|---|---|
| Additional Principal: | $ | |
| Additional Escrow: | $ | |
| If payment received after: 10/16/08 Add late charge of: $18.81 | $ | |
| Additional Monthly Payment: | $ | |
| Total Amount Enclosed | $ | |



EXHIBIT 4

Please do not send cash. Please allow 7 to 10 days for postal delivery.
To ensure timely processing of your mortgage payment, please use the enclosed envelope and coupon. Do not include any correspondence with your payment.

0077099055595 0000037636 0000039517 000003

## Account Information

Statement Date: 09/01/08
Property Address: 2735 SAN VINCENTE ST
LAS VEGAS NV 89115-0000

ACCOUNT NUMBER: 0770990559-5

| Type of Mortgage | FRHEL W/15 YR BLN |
|---|---|
| Principal Balance | $41,451.95 |
| Interest Rate | 10.25000% |
| Interest Year to Date | $2,839.22 |

## citimortgage

Page 1 of 2

### MORTGAGE ACCOUNT STATEMENT

Take command of your mortgage - Visit Today!
www.citimortgage.com

Customer service 1-800-283-7918*
*Calls are randomly monitored and recorded to ensure quality service.

Would you like an easier way to make your mortgage payment?
Sign up for E-Z Pay today.

SIS0071D-264302452008AH04-09/01/08-137-009509-1

OSCAR A ORELLANA
1483 MINER WAY
LAS VEGAS NV 89104-5405

## Account Activity

|  | PAYMENTS RECEIVED | CURRENT PAYMENT DUE |
|---|---|---|
| Date | 08/26/08 | 10/01/08 |
| Principal | $22.10 | $22.29 |
| Interest | $354.26 | $354.07 |
| **Total Amount** | **$376.36** | **$376.36** |

For routine questions regarding the servicing of your mortgage loan, please call our Customer Service department at 1-800-283-7918.
If you have a complaint or concern that you have been subjected to unfair lending practices in relation to a mortgage loan or other financial product or service that you obtained through our company or a third party, please call our Fair Lending Hotline at 1-866-309-1054.

## Monthly Highlights

To continue to provide you with excellent service, CitiMortgage has extended our Customer Service hours. Please feel free to contact us about your mortgage during our new extended hours: Monday through Friday from 7:00 a.m. to 12:00 Midnight Eastern Time; Saturday from 8:00 a.m. to 7:00 p.m. Eastern Time; and Sunday from 12:00 Noon to 11:00 p.m. Eastern Time.

Apply for the Citi Cash Returns Card.
Most ways to earn, easiest to redeem -
It's Automatic! Visit www.cardsoffer.citicards.com
And enter offer code R82.

---

Account Number: 0770990559-5

OSCAR A ORELLANA

Please designate how you want us to apply any additional funds. Undesignated funds first pay outstanding late charges and fees, then principal. Once paid, additional funds cannot be returned.

☐ Please check box to indicate mailing address/phone number changes and enter on reverse side.
Include account number on check and make payable to:

CITIMORTGAGE, INC.
PO BOX 6006
THE LAKES NV 88901-6006

| | Due Date | Total Amount Due: |
|---|---|---|
| See detail below | 10/01/08 | $376.36 |

| | | |
|---|---|---|
| Additional Principal: | $ | |
| Additional Escrow: | $ | |
| If payment received after: 10/16/08 Add late charge of: $18.81 | $ | |
| Additional Monthly Payment: | $ | |
| Total Amount Enclosed | $ | |

**Please do not send cash. Please allow 7 to 10 days for postal delivery.**
To ensure timely processing of your mortgage payment, please use the enclosed envelope and coupon. Do not include account inquiries with your payment.