David M. Crosby, Esq.
Nevada Bar No. 003499
CROSBY & ASSOCIATES
711 S. 8th St.
Las Vegas, Nevada   89101
(702) 382-2600
Attorneys for Debtor

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In Re<br><br>OSCAR ARNOLDO ORELLANA<br>ELVIRA ORELLANA<br><br>Debtor | Case No. BK-S-09-25412-BAM<br>Chapter 13<br>TRUSTEE: Rick A. Yarnall<br><br>Hearing Date: 12/8/2009<br>Hearing Time: 1:30 p.m. |

**DEBTOR'S OPPOSITION TO MOTION FOR RELIEF FROM STAY REGARDING**

**2735 San Vincente Street, Las Vegas, NV 89115**

Come now Debtors, Oscar Arnoldo Orellana & Elvira Orellana ("Debtors"), by and through their legal counsel, David Crosby, of the law firm of Crosby & Associates, and hereby files this Opposition to Motion For Relief From Automatic Stay filed by , US Bank Notional Association, as successor Trustee to Bank of America, National Association (successor by merger to LaSalle Bank National Association) as Trustee for Morgan Stanley Mortgage Loan Trust 2006-15XS. This Opposition is based on the Memorandum of Points and Authorities attached hereto as well as any oral arguments which the court may accept at the time of hearing.

**STATEMENT OF FACT**

Debtors are the owner of the subject property described as 2735 San Vincente Street, Las Vegas, NV 89115.  Debtors filed a Chapter 13 Bankruptcy on or about August 21, 2009.  Secured creditor, US Bank Notional Association, as successor Trustee to Bank of America, National Association (successor by merger to LaSalle Bank National Association) as Trustee for Morgan Stanley Mortgage Loan Trust 2006-15XS is more than adequately protected.

-1-

The Subject Property is a rental property, i.e. a non-primary residence. In their petition, the Debtor listed the Subject Property at its present value, $35,360.00. The Debtors have filed a motion to value collateral in order to establish the fair market value of the Subject Property at $35,360.00.

The Debtors intend to purchase the Subject Property through the Chapter 13 plan for the sum of $35,360.00, over 60 months.

**POINTS AND AUTHORITIES**

11 USC Section 362 (d) (1) states that the Court may terminate, modify or condition stay

> "for cause, including the lack of adequate protection of an interest in property of such party in interest;---"

...

11 USC Section 362 (d) (2) the Court may terminate, modify or condition a stay

> "with respect to a stay of an act against property under subsection (a) of this section, if-
>
> (A) the debtor does not have an equity in such property AND
>
> (B) such property is not necessary to an effective reorganization

**CONCLUSION**

THEREFORE, based upon the facts and the points and authorities set forth herein, and any arguments heard at the hearing on this matter, Debtor requests the Motion for Relief from the Automatic Stay be denied and the Debtors intend to purchase the Subject Property through the Chapter 13 plan..

DATED this 4th day of December, 2009.

CROSBY & ASSOCIATES

By: /s/ David M. Crosby  
DAVID M. CROSBY, ESQ.  
Nevada Bar No. 003499  
711 S. 8th St.  
Las Vegas, Nevada 89101  
Attorneys for Debtor

# CERTIFICATE OF MAILING

I, the undersigned, an employee of the Crosby & Associates, hereby certify that on the 4th day of December, 2009, I deposited in the United States Mail, first class mail, postage pre-paid, and or faxed a true and correct copy of the **Opposition to Motion for Relief from Automatic Stay** to all parties listed below:

Trustee
Rick A. Yarnall
701 South Bridger #820
Las Vegas, NV 89101

Debtor
Oscar Arnoldo Orellana
Elvira Orellana
1483 Miner Way
Las Vegas, NV 89104

Attorneys
Gregory L. Wilde, Esq.
WILDE & ASSOCIATES
208 South Jones Blvd.
Las Vegas, Nevada 89107

Mark S. Bosco, Esq.
TIFFANY & BOSCO, P.A.
2525 East Camelback Road, Ste. 300
Phoenix, Arizona 85016

/s/ Amelina Delgado
An employee of
**CROSBY & ASSOCIATES**