David M. Crosby, Esq.
Nevada Bar #3499
CROSBY & ASSOCIATES
711 South Eighth Street
Las Vegas, Nevada 89101
Phone: (702) 382-2600

Attorneys for Debtor(s)

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

* * * * *

In the matter of: )  Case No: BK-09-25412-BAM
 )  Chapter 13
Oscar Arnoldo Orellana and )
Elvira Orellana, )
 )
             Debtors. )  Date: 2-18-10
 )  Time: 2:30 p.m.
 )  Rick A. Yarnall

## AMENDED MOTION TO VALUE DEBTORS' NON-PRINCIPAL RESIDENCE REAL PROPERTY, AVOID WHOLLY UNSECURED LIEN(S) ENCUMBERING SAME, AND TO MODIFY THE RIGHTS OF PARTIALLY SECURED LIENHOLDER(S) AND OBJECTION TO LIENHOLDERS' PROOFS OF CLAIM, IF ANY

Come Now Debtors, Oscar Arnoldo Orellana and Elvira Orellana, by and through their legal counsel, David M. Crosby, Esq., of the law firm Crosby & Associates, who respectfully move this Court to value Debtors' non-principal residence, determine the junior lien of CitiMortgage, Inc to be wholly unsecured and the first lien to be partially unsecured, to avoid said wholly unsecured liens and to modify the rights of said creditors accordingly including determining the claims pursuant to any proof(s) of claim which such lienholders may have filed to be unsecured where there is insufficient equity in the residence to secure more than the first lien.

This Motion is brought pursuant to 11 U.S.C. §502(a), §506(a), §1322(b)(2), and Bankruptcy Rules 3012 and 9014, the Points and Authorities set forth below and all documents and pleadings on file herein.

F:\Bankruptcy\Katthia's lien strip\Orellana, cramdown MtntoAvoidLienofWhollyUnsecuredCreditor. San Vincente Rental.wpd

Dated this /0th day of January, 2010.

CROSBY & ASSOCIATES

By: _____
David M. Crosby, Esq.
Attorney For Debtors

- - - - - - - - - - - - - -

## POINTS AND AUTHORITIES

### I.

### STATEMENT OF FACTS

1. Debtors filed a Chapter 13 petition in United States Bankruptcy Court, District of Nevada on August 21, 2009.

2. On the date of the petition, Debtors were the owners of real property used as rental property known and described as 2735 San Vincente Street, Las Vegas, NV 89115 (Exhibit "1") legally described as follows:

> Lot Twenty (20) in Block Five (5) of Holiday Park No. 10, as shown by map thereof on file in Book 15 of Plats, Page 52 in the Office of the County Recorder of Clark County, Nevada.
>
> APN: 140-18-310-010

3. The value of said real property at the time Debtor's Chapter 13 Petition was filed was $41,605.00 as set forth more particularly in an internet appraisal of subject property (Exhibit "2").

4. Said property at the time of filing was subject to the following lien allegedly evidenced by Promissory Notes and Deeds of Trust:

|   |   |
|---|---|
| First Mortgage:   (Exhibit "3")<br>America's Servicing, Co<br>P.O. Box 10328<br>Des Moines, IA 50306<br>Loan # xxxxxx8696 | $ 167,997.54 |
| Second Mortgage:  (Exhibit "4")<br>CitiMortgage, Inc.<br>P.O. Box 6006<br>The Lakes, NV 88901-6006<br>Loan # xxxxxx5595 | $  41,451.95 |

5. As of the date Debtors' Chapter 13 Petition was filed no equity existed in said property above the amount of the appraisal value of $ 41,605.00 thereby leaving the junior loan to CitiMortgage, Inc as wholly unsecured and the first loan to America's Servicing, Co as partially secured to the extent of the value of the property. If said property were foreclosed or otherwise sold at auction on the date of the petition, there would be insufficient proceeds to pay anything to CitiMortgage, Inc on the junior loan and only partial payment to America's Servicing, Co on the first loan.

6. Debtors declare that the entire junior claim of CitiMortgage, Inc is unsecured and the first claim of America's Servicing, Co is only partially secured such that all such unsecured debt should be reclassified as unsecured to share pro rata with other general unsecured creditors through the debtors' Chapter 13 plan with any proof(s) of claim filed by it modified accordingly to document the claim as unsecured, and that the junior lien filed by CitiMortgage, Inc, as identified above encumbering subject property be properly avoided by Order of this Court and the lien of America's Servicing, Co on the first loan be modified accordingly by order of the Court.

II.

## LEGAL ARGUMENT

A. **The Restrictions of 11 U.S.C. § 1322(b)(2) Do Not Apply to Real Property Which is Not Debtor's Principal Residence.**

11 U.S.C. §1322(b)(2) does not apply to this property as it is not Debtors' principal residence. That section provides:

>    (b) Subject to subsections (a) and (c) of this section, the plan may—
>
>    * * * * *
>
>    (2) modify the rights of holders of secured claims, other than a claim secured only by a security interest that is secured by an interest in real property that is the debtor's principal residence, .....

B. **The Claims by Lienholders May be Bifurcated into Secured and Unsecured Claims Pursuant to 11 U.S.C. §506(a).**

11 U.S.C. § 506(a)(1) provides in pertinent part:

> (a)(1) An allowed claim of a creditor secured by a lien on property in which the estate has an interest, or that is subject to setoff under section 553 of this title, is a secured claim to the extent of the value of such creditor's interest in the estate's interest in such property, or to the extent of the amount subject to setoff, as the case may be, and is an unsecured claim to the extent that the value of such creditor's interest or the amount so subject to setoff is less than the amount of such allowed claim.

In re Zimmer, 313 F.3d 1220, 1221 (9th Cir.2002), accepted what was the majority view in the various circuits, that a, wholly unsecured lienholder is not entitled to the protection of 11 U.S.C. §1322(b)(2). The Court stated that a wholly unsecured lienholder's claim can be modified and reclassified as a general unsecured claim pursuant to 11 U.S.C. §506(a).

C. **Any Proof of Claim Filed by Named Lienholders Should be Conformed by Order of This Court to any Modification of Their Rights Determined by This Court.**

11 U.S.C. §502 provides that a claim of interest represented by proper Proof of Claim filed pursuant to section 501 is deemed allowed unless objected to. Debtors herewith objects to any and all Proof(s) of Claim which may have been filed by CitiMortgage, Inc or America's Servicing, Co, relative to their loans and request that any Proof(s) of Claim of same representing such claims be modified accordingly to unsecured claims consistent with the Order of this Court determining their claims to be

wholly unsecured in the case of the junior lien and only partially secured in the case of the first lien.

### III.
### CONCLUSION

Debtors respectfully request determination of value of Debtors' non-principal residence real property to be less than the amount of the first lien and argue that since the junior claim is wholly unsecured, it may be completely avoided and "stripped off" pursuant to 11 U.S.C. §506(a) and that the first claim of America's Servicing, Co may be modified, stripped down and reduced to the actual value of the property; that the said claims be reclassified as general unsecured claims to be paid pro rata with other general unsecured creditors through the debtors' Chapter 13 plan; that any Proof of Claim of the lienholders be modified consistent with the actual value of the property.

WHEREFORE, Debtors pray that this Court:

1. Determine the value of Debtors' non-principal residence to be $41,605.00 or such other amount as the evidence may justify as of the date of the Petition; and

2. Avoid and extinguish the junior lien of CitiMortgage, Inc, as wholly unsecured lien pursuant to 11 U.S.C. Section 506(a) upon completion of the Debtor's Chapter 13 plan; and

3. Modify the first lien of America's Servicing, Co as secured only to the extent of the actual value of the property as of the date of the Petition to be paid through the Chapter 13 Plan; and

4. Reclassify the second claim of CitiMortgage, Inc, and the non-secured portion of America's Servicing, Co's claim as a general unsecured claims to be paid pro rata with other general unsecured creditors through the Debtors' Chapter 13 plan; and

5. Conform any Proof(s) of Claim filed by the claim of America's Servicing, Co to the secured/unsecured status of said claims as determined by this Court; and

///

///

6.   Order such other relief as the Court may deem appropriate.

Dated this 18th day of January, 2010.

>Respectfully Submitted:
>
>CROSBY & ASSOCIATES
>
>By: _____
>David M. Crosby, Esq.
>Attorney for Debtors

```
2002 0114
00137
```

Affix R. P. T. T. $215.00
Parcel Number: 140 18 310 010

# GRANT, BARGAIN, SALE DEED

211106-T

THIS INDENTURE WITNESSETH: That
FORTUNE HOLDING GROUP, A Nevada Corporation
FOR A VALUABLE CONSIDERATION, the receipt of which is hereby acknowledged, do hereby Grant, Bargain, Sell and Convey to:
OSCAR A. ORELLANA, A married man as his sole and separate prperty

all that real property situated in the County of Clark, State of Nevada, bounded and described as follows:

Lot Twenty (20) in Block Five (5) of HOLIDAY PARK NO. 10 as shown by map thereof on file in Book 15 of Plats, page 52, in the Office of the County Recorder of Clark County, Nevada.

SUBJECT TO:
1. Taxes for the fiscal year 2001 and 2002
2. Covenants, conditions, reservations, rights, rights of way, easements, now of record.

Together with all and singular the tenements, hereditaments and appurtenances thereunto belonging or in anywise appertaining.

FORTUNE HOLDING GROUP
_____
Sharon Wilson, PRESIDENT

STATE OF NEVADA )
                ) ss.
COUNTY OF CLARK)

On _January 9, 2002_
personally appeared before me, a Notary
Public (or judge or other authorized person, as the case may be):
Sharon Wilson
personally known (or proved) to me to be the person whose name is subscribed to the above instrument who acknowledged that _s_he__ executed the instrument.

_____
Signature

(NOTARIAL SEAL)

[Notary stamp: GWENDOLYN STEPHENS, State of Nevada, County of Clark]

Send Tax Statements To:

ESCROW NO. 44461 GS
STERLING ESCROW
WHEN RECORDED MAIL:
Mr. Oscar A. Orellana
2735 San Vincente Street
Las Vegas, NV 89115

CLARK COUNTY, NEVADA
JUDITH A. VANDEVER, RECORDER
RECORDED AT REQUEST OF
NATIONAL TITLE COMPANY
01 14 2002 00:17 KSG
OFFICIAL RECORDS
BOOK 20020114 INST 00202
FEE 14.00 RPTT 215.00

EXHIBIT 1



Street Address

Home Values | Local Info | Find a Pro

## 2735 San Vincente St Las Vegas, NV 89115

Home Details | Recently Sold Homes | Similar Homes for Sale | Home Values | Schools



**Estimated Home Values:**

eppraisal **$41,605**

Low $35,364 - High $47,845

Zillow.com     $117,500

cyberhomes    $106,742

 Add to favorites      Find a Pro

## Home Details

| Public Record | | User Edits (Login or Register to edit.) | |
| --- | --- | --- | --- |
| Bedrooms: | 2 | Bedrooms: | N/A |
| Bathrooms: | 2.00 | Bathrooms: | N/A |
| Square Footage: | 837 | Square Footage: | N/A |
| Year Built: | 1980 | Year Built: | N/A |

Home Details

EXHIBIT

(702)
Visit

**What's My House Worth?**
Find your home's current market value online with HouseValues.com.
www.HouseValues.com

Ads by Google

Recently Sold Homes    Similar Homes for Sale

## Recently Sold Homes

| Address | Sales Price | Sale Date | Bed/Bath | Sq. Ft. |
|---|---|---|---|---|
| 2715 Ventura Way<br>North Las Vegas, NV 89030 | $36,500 | 4/8/2009 | 2/1 | 768 |
| 2724 Ventura Way<br>North Las Vegas, NV 89030 | $32,000 | 4/20/2009 | 2/1 | 768 |
| 2725 Soledad Way<br>North Las Vegas, NV 89030 | $25,000 | 4/6/2009 | 2/1 | 768 |
| 3709 Reseda Cir<br>North Las Vegas, NV 89030 | $40,000 | 5/18/2009 | 3/1 | 864 |
| 3717 Reseda Cir<br>North Las Vegas, NV 89030 | $49,900 | 11/17/2008 | 2/1 | 768 |

Nea

Curre



© 2009 Microsoft Corporation    © 2009 NAVTEQ

Recent Sales

www.forecl

891

3751

## Las Vegas, NV Home Values

**Home Value Trending**    What's This

● Local
● State
● National

2469



**ASC**

Return Mail Operations
PO Box 10388
Des Moines, IA 50306-0388

**Monthly Mortgage Statement**

| | |
|---|---|
| Statement Date | 08/27/08 |
| Loan Number | 1127138696 |

### Customer Service

**Online**
www.mortgageaccountonline.com

**Telephone**
800-842-7654

**Hours of Operation**
Mon - Fri, 8 AM - 6 PM.
in your time zone

**Fax**
866-453-6315

**Payments**
PO Box 60768
Los Angeles CA 90060

**Correspondence**
PO Box 10328
Des Moines IA 50306

000092 1 AT 0.346
OSCAR A ORELLANA
1483 MINER WAY
LAS VEGAS NV 89104-5405

### Important Messages

### Summary

| | |
|---|---|
| Payment (Principal and/or Interest, Escrow) | $1,139.96 |
| Optional Product(s) | $0.00 |
| **Current Monthly Payment 10/01/08** | **$1,139.96** |
| Overdue Payments | $0.00 |
| Unpaid Late Charge(s) | $0.00 |
| Other Charges | $0.00 |
| **TOTAL PAYMENT DUE 10/01/08** | **$1,139.96** |

**Property Address**
2735 SAN VINCENTE ST
LAS VEGAS NV 89115

| | |
|---|---|
| Unpaid Principal Balance | $167,997.54 |
| (Contact Customer Service for your payoff balance) | |
| Interest Rate | 7.375% |
| Interest Paid Year-to-Date | $8,259.84 |
| Taxes Paid Year-to-Date | $416.32 |
| Escrow Balance | $114.09 |

### Activity Since Your Last Statement

| Date | Description | Total | Principal | Interest | Escrow | Late Charge | Other |
|---|---|---|---|---|---|---|---|
| 08/27 | PAYMENT | $1,139.96 | | $1,032.48 | $107.48 | | |

---



Please detach and return with your payment

| | |
|---|---|
| Loan Number | 1127138696 |
| Total Payment Due 10/01/08 | $1,139.96 |
| After 10/16/08 Add Late Fee | $51.62 |
| Total Amount Due After 10/16/08 | $1,191.58 |

Check here and see reverse for address correction.

OSCAR A ORELLANA

0092-000092/000183 001 01 ACN04P 106 012

AMERICA'S SERVICING CO.
PO BOX 60768
LOS ANGELES CA 90060-0768



EXHIBIT 3



## Account Information

**citimortgage**

Page 1 of 2

Statement Date: 09/01/08

Property Address: 2735 SAN VINCENTE ST
LAS VEGAS NV 89115-0000

ACCOUNT NUMBER: 0770990559-5

| Type of Mortgage | FRHEL W/15 YR BLN |
|---|---|
| Principal Balance | $41,451.95 |
| Interest Rate | 10.25000% |
| Interest Year to Date | $2,839.22 |

### MORTGAGE ACCOUNT STATEMENT

Take command of your mortgage - Visit Today!
www.citimortgage.com

Customer service 1-800-283-7918*
*Calls are randomly monitored and recorded to ensure quality service.

Would you like an easier way to make your mortgage payment?
Sign up for E-Z Pay today.

SIS0071D-264302452008AH04-09/01/08-137-009509-1



OSCAR A ORELLANA
1483 MINER WAY
LAS VEGAS NV 89104-5405

## Account Activity

| | PAYMENTS RECEIVED | CURRENT PAYMENT DUE |
|---|---|---|
| Date | 08/26/08 | 10/01/08 |
| Principal | $22.10 | $22.29 |
| Interest | $354.26 | $354.07 |
| Total Amount | $376.36 | $376.36 |

For routine questions regarding the servicing of your mortgage loan, please call our Customer Service department at 1-800-283-7918.
If you have a complaint or concern that you have been subjected to unfair lending practices in relation to a mortgage loan or other financial product or service that you obtained through our company or a third party, please call our Fair Lending Hotline at 1-866-309-1054.

## Monthly Highlights

To continue to provide you with excellent service, CitiMortgage has extended our Customer Service hours. Please feel free to contact us about your mortgage during our new extended hours: Monday through Friday from 7:00 a.m. to 12:00 Midnight Eastern Time, Saturday from 8:00 a.m. to 7:00 p.m. Eastern Time, and Sunday from 12:00 Noon to 11:00 p.m. Eastern Time.

Apply for the Citi Cash Returns Card.
Most ways to earn, easiest to redeem -
It's Automatic! Visit www.cardsoffer.citicards.com
And enter offer code RB2.

---

Account Number: 0770990559-5

OSCAR A ORELLANA
Please designate how you want us to apply any additional funds.
Undesignated funds first pay outstanding late charges and fees, then principal. Once paid, additional funds cannot be returned.

☐ Please check box to indicate mailing address/phone number changes and enter on reverse side.
Include account number on check and make payable to:

CITIMORTGAGE, INC.
PO BOX 6006
THE LAKES NV 88901-6006

| | Due Date | Total Amount Due |
|---|---|---|
| See detail below | 10/01/08 | $376.36 |

| Additional Principal: | $ | |
|---|---|---|
| Additional Escrow: | $ | |
| If payment received after: 10/16/08 Add late charge of: $18.81 | $ | |
| Additional Monthly Payment: | $ | |
| Total Amount Enclosed | $ | |

**EXHIBIT 4**

Please do not send cash. Please allow 7 to 10 days for postal delivery.
To ensure timely processing of your mortgage payment, please use the enclosed envelope and coupon. Do not include account inquiries with your payment.

0077099055595 0000037636 0000039517 00000