WILDE & ASSOCIATES  
Gregory L. Wilde, Esq.  
Nevada Bar No. 004417  
208 South Jones Boulevard  
Las Vegas, Nevada 89107  
Telephone: 702 258-8200  
bk@wildelaw.com  
Fax: 702 258-8787  

Electronically Filed on _____

Attorneys for America's Servicing Company

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

In Re:

Oscar Arnoldo Orellana  
Elvira Orellana

Debtors.

Case No: 09-25412-BAM

Date: February 18, 2010  
Time: 2:30 p.m.

Chapter 13

### OPPOSITION TO AMENDED MOTION TO VALUE DEBTORS' NON-PRINCIPAL RESIDENCE REAL PROPERTY, AVOID WHOLLY UNSECURED LIEN(S) ENCUMBERING SAME, AND TO MODIFY THE RIGHTS OF PARTIALLY SECURED AND WHOLLY UNSECURED LIENHOLDER(S) AND OBJECTION TO LIENHOLDERS' PROOFS OF CLAIM, IF ANY

COMES NOW, America's Servicing Company (hereinafter "Secured Creditor") and files this Opposition stating as follows:

Secured Creditor is the first deed of trust holder on 2735 San Vincente Street, Las Vegas, NV 89115 (hereinafter "subject property"), and is owed over $167,000.00. Prior to the Court reducing the lien to $41,605.00 (resulting in a loss of over $125,000.00), the Court should allow Secured Creditor to (1) obtain its own valuation of the subject property, and (2) conduct limited discovery to verify that the Debtors are being truthful with the Court as detailed below.

Secured Creditor asserts that the subject property should be treated as the Debtors' personal residence and not subject to a lien-strip of any kind pursuant to 11 USC 1322.

1. The Debtors claim that the subject property is a rental property yet their schedule "G" shows no leases for the subject property. (See exhibit "A"). If the Debtors are not occupying the property, then it can be assumed that they are treating it as a rental property which should be generating rental income and subject to a lease agreement.

2. Presuming that the Debtors moved out of the subject property prior to their bankruptcy, Secured Creditor asserts that it was not the intent of Congress to allow a debtor to move out of its residence during the life of a plan to circumvent the prohibitions of modifying a debt secured by a residence. See 11 USC 1322(c)(2).

3. There are too many unanswered questions in the Debtors' attempt to treat the subject property as a rental and strip a large portion of Secured Creditor's interest in the same. The Debtors must disclose the information necessary to answer these questions. To this end, Secured Creditor is obtaining the loan application to determine if the Debtors claimed the subject property as a residence at the time of purchase. Secured Creditor would also like to subpoena utility documents to determine if, and when, the Debtors may have lived in the subject property. Finally, Secured Creditor would like an opportunity to see a copy of any leases the Debtors have concerning the subject property and speak with any alleged tenant(s) of the subject property.

4. Finally, Secured Creditor disputes the $41,605.00 valuation of the subject property based on an "eppraisal.com" internet printout. Such a valuation does not meet the Debtors' burden to establish the value of the subject property. If the Court is inclined to allow the Debtors to go forward, Secured Creditor asks for some time to obtain its own appraisal and find out the information listed above.

///
///
///
///
///

1  WHEREFORE, Secured Creditor asks that this Court deny the requested relief.

2  DATED this __ day of February, 2010.

WILDE & ASSOCIATES

By _/s/ R. Selects #10235_

**GREGORY L. WILDE, ESQ.**
Attorneys for Secured Creditor
208 South Jones Boulevard
Las Vegas, Nevada 89107

Certificate of Facsimile

I certify that on February 11, 2010, I served a copy of the foregoing opposition on Debtors' Counsel by facsimile as follows:

David M. Crosby, Esq.
Crosby & Associates
Fax No. 702-382-1921

_Jamie Miller_

B6A (Official Form 6A) (12/07)

| In re | Oscar Arnoldo Orellana, Elvira Orellana | Case No. | 09-25412 |
|---|---|---|---|
| | Debtors | | |

## SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| 1483 Miner Way, Las Vegas, NV 89104 (Surrender) | Single Family Residence | H | 65,460.00 | Unknown |
| 2735 San Vincente St., Las Vegas, NV 89115 | Rental Property | H | 35,360.00 | 209,448.00 |

|  | Sub-Total > | 100,820.00 | (Total of this page) |
|---|---|---|---|
| __0__ continuation sheets attached to the Schedule of Real Property | Total > | 100,820.00 | |
| | (Report also on Summary of Schedules) | | |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                                                                   Best Case Bankruptcy

exhibit "A"